## Ida Testo, Appellant, v. Alda Di Mayo and Genuvino V. Di Mayo, Appellees.

### Gen. No. 46,185. (Abstract of Decision.)

Warren R. Ross, and Thomas Lima, for appellant; Warren R. Ross, of counsel; James R. Quinn, and Harry A. Quinn, for appellees; David Jetzinger, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed March 23, 1954; released for publication June 2, 1954.

## People of State of Illinois, Defendant in Error, v. James Jacks, Plaintiff in Error.

### Gen. No. 46,297. (Abstract of Decision.)

